IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID D. DESERRE, SR.
individually and on behalf
of all others similarly situated,

        Plaintiff,

                              Case No. 3:09-cv-422

v.

WALTCO, INC.

        Defendant.

JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY PRE-TRIAL AND
TRIAL DEADLINES PENDING SETTLEMENT APPROVAL

WHEREAS the Plaintiff, David DeSerre, individually and on behalf of the members of the putative classes, and Defendant, Waltco, Inc., by and through their undersigned counsel, reached a settlement of the Plaintiff and putative class members' claims through negotiations completed on October 1, 2009;

WHEREAS the parties have entered into a stipulation seeking conditional certification of this action pursuant to 29 USC § 216(b) in connection with this settlement, and under the terms of said stipulation the parties will have twenty (20) days from the date this Court approves the Parties Joint Stipulation for Conditional Class Certification to complete mailing of the FLSA Notice and individuals will have a period of forty-five (45) days to op-into this action after the date of mailing;

WHEREAS the Parties have entered into a stipulation seeking class certification pursuant to Fed. R. Civ. P. 23 in connection with this settlement, and under the terms of said stipulation the parties will have twenty (20) days from the date this Court approves the Parties Joint Stipulation for Class Certification Pursuant to Fed. R. Civ. P. 23 to complete mailing of the Rule 23 Notice and individuals will have a period of forty-five (45) days to op-out of the Rule 23 Class after the date of mailing;

WHEREAS the Parties agree to finalize the terms of this settlement into a settlement agreement to be filed with the court in conjunction with their Joint Motion for Preliminary Approval of Settlement at the close of the opt-in and opt-out periods of the above mentioned classes;

**WHEREFORE**, the Parties respectfully request that the Court:

Stay all pre-trail and trial deadlines in this action pending any decision the Court renders regarding the Parties Joint Motion for Settlement Approval.

Dated this __2nd__ day of _____October_____ 2009.

        HAWKS QUINDEL, S.C.
        Attorneys for Plaintiff and putative class members

        By:_____*/s/ William E. Parsons*_____
            William E. Parsons (WI Attorney No. 1048594)
            David C. Zoeller (WI Attorney No. 1052017)
            222 W. Washington Avenue, Suite 450
            Post Office Box 2155
            Madison, Wisconsin 53701-2155
            Telephone: 608/257-0040

Dated this __2nd__ day of _____October_____ 2009.

        QUARLES & BRADY LLP
        Attorneys for Defendant

        By:_____*/s/ Fred Gants*_____
            Fred Gants (WI Attorney No. 1016274)
            James J. Chiolino (WI Attorney No. 1046944)
            33 East Main Street, Suite 900
            Madison, Wisconsin 53703
            Telephone: 608/283-2618

## PROPOSED ORDER

IT IS ORDERED THAT all pre-trail and trial deadlines in this action are staying pending the Court's decision on the Parties Joint Motion for Settlement Approval.

Entered this _5th_ day of _October_, 2009

BY THE COURT:

_Barbara B. Crabb_
Barbara B. Crabb
District Judge